UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| GUENE MOHAMED, Petitioner | CIVIL DOCKET NO. 1:20-CV-01001-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation (ECF No. 3) of the Magistrate Judge previously filed herein, and after a *de novo* review of the record including the Response in Support filed by Petitioner (ECF No. 4), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Petitioner's Motion for Temporary Restraining Order enjoining Respondents from transferring him from LaSalle Correctional Center while his § 2241 Petition is pending is DENIED.

THUS DONE AND SIGNED in Chambers, this 9th day of September, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE